UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LYNCH,

                                                          Case No. 1:14-cv-1046

        Plaintiff,

                                                          HON. ROBERT J. JONKER

v.

SOUTHWESTERN INVESTORS
GROUP LLC et al.,

        Defendants.
_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit with prejudice as to all parties.

Dated: October 29, 2014                             /s/ Phillip C. Rogers
                                                                            Phillip C. Rogers (P34356)
                                                                            Attorney for Plaintiff
                                                                            40 Pearl Street, N.W., Suite 336
                                                                            Grand Rapids, Michigan 49503-3026
                                                                            (616) 776-1176
                                                                            ConsumerLawyer@aol.com